```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    1:04-cr-05362 AWI
                                 )
12              Plaintiff,       )    ORDER ON STATE OF CALIFORNIA
                                 )    WRIT FOR HABAES CORPUS AD
13       v.                      )    PROSEQUENDUM
                                 )
14  ANDREW VALENZUELA,           )
                                 )
15              Defendant.       )
                                 )
16
```

17    On September 20, 2005, the Honorable Ralph Nunez, Superior
18 Court Judge for the State of California, County of Fresno,
19 requested that the body of the above-named defendant be produced
20 in Fresno County Superior Court for sentencing in the case of
21 <u>People v. Andrew Valenzuela, et al.</u>.  The preliminary hearing in
22 that action is now to commence on September 21, 2005.  The
23 defendant is currently in the custody of the United States
24 Marshal, charged in the above-entitled action.  It appearing that
25 the defendant's presence is needed in the state action, and that
26 the next court appearance in the above-entitled case is October
27 11, 2005;
28 //

1 | IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached hereto, and return him to the custody of the United States Marshal immediately after his preliminary hearing and no later than September 23, 2005.

IT IS FURTHER ORDERED that the defendant not be transported to State Prison prior to being returned to the custody of the United States Marshal.

IT IS SO ORDERED.

**Dated:   September 20, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

2