1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    1:04-cr-05362 AWI
                                 )
12              Plaintiff,       )
                                 )    ORDER ON STATE OF CALIFORNIA
13      v.                       )    WRIT FOR HABAES CORPUS AD
                                 )    PROSEQUENDUM
14  ANDREW VALENZUELA,           )
                                 )
15              Defendant.       )
    _____  )
16

17      On September 20, 2005, the Honorable Ralph Nunez, Superior

18  Court Judge for the State of California, County of Fresno,

19  requested that the body of the above-named defendant be produced

20  in Fresno County Superior Court for the preliminary hearing in the

21  case of People v. Andrew Valenzuela, et al., Fresno County

22  Superior Court case number F05906382-7.  The preliminary hearing

23  in that action originally scheduled for September 21, 2005 is now

24  to commence on September 29, 2005 at 8:30 a.m. in Department 32.

25  The defendant is currently in the custody of the United States

26  Marshal, charged in the above-entitled action.  It appearing that

27  the defendant's presence is needed in the state action, and that

28  the next court appearance in the above-entitled case is October

                                 1

1  11, 2005;

2      IT IS HEREBY ORDERED that deputies of the Fresno County

3  Sheriff's Office may take custody of the defendant on September

4  29, 2005 pursuant to the terms of the writ, attached hereto, and

5  return him to the custody of the United States Marshal immediately

6  after his preliminary hearing and no later than September 30,

7  2005.

8      IT IS FURTHER ORDERED that the defendant not be transported

9  to State Prison prior to being returned to the custody of the

10  United States Marshal.

11  IT IS SO ORDERED.

12  **Dated:    September 23, 2005**              **/s/ Lawrence J. O'Neill**
    b9ed48                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2