McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-cr-05362 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON STATE OF CALIFORNIA |
| v. | ) | WRIT FOR HABAES CORPUS AD |
| | ) | PROSEQUENDUM |
| ANDREW VALENZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

On September 20, 2005, the Honorable Ralph Nunez, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for the preliminary hearing in the case of <u>People v. Andrew Valenzuela, et al.</u>, Fresno County Superior Court case number F05906382-7.  The preliminary hearing in that action scheduled for September 29, 2005 is now to commence on October 13, 2005 at 8:30 a.m. in Department 32.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action.  It appearing that the defendant's presence is needed in the state action, and that the next court appearance in the above-entitled case is October 11, 2005;

1

1    IT IS HEREBY ORDERED that deputies of the Fresno County
2   Sheriff's Office may take custody of the defendant on October 13,
3   2005 pursuant to the terms of the writ, attached hereto, and
4   return him to the custody of the United States Marshal immediately
5   after his preliminary hearing and no later than October 14, 2005.
6    IT IS FURTHER ORDERED that the defendant not be transported
7   to State Prison prior to being returned to the custody of the
8   United States Marshal.
9   IT IS SO ORDERED.
10  **Dated:   September 29, 2005           /s/ Lawrence J. O'Neill**
    b9ed48                    UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28