McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-cr-05362 AWI |
| ) | |
| Plaintiff, ) | ORDER ON STATE OF CALIFORNIA |
| ) | WRIT FOR HABAES CORPUS AD |
| v. ) | PROSEQUENDUM |
| ) | |
| ANDREW VALENZUELA, ) | |
| ) | |
| Defendant. ) | |

On September 20, 2005, the Honorable Ralph Nunez, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for the preliminary hearing in the case of People v. Andrew Valenzuela, et al., Fresno County Superior Court case number F05906382-7. The preliminary hearing in that action scheduled for October 13, 2005 is now to commence on October 20, 2005 at 8:30 a.m. in Department 32. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed in the state action, and that the next court appearance in the above-entitled case is November 21, 2005;

1

1 | IT IS HEREBY ORDERED that deputies of the Fresno County
2 | Sheriff's Office may take custody of the defendant on October 20,
3 | 2005 pursuant to the terms of the writ, attached hereto, and
4 | return him to the custody of the United States Marshal immediately
5 | after his preliminary hearing and no later than October 21, 2005.
6 | IT IS FURTHER ORDERED that the defendant not be transported
7 | to State Prison prior to being returned to the custody of the
8 | United States Marshal.
9 | Dated: October 17, 2005

                                         **/s/ Dennis L. Beck**
                                     Honorable Dennis L. Beck
                                     United States Magistrate Judge