```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:04-cr-05362 AWI
                                 )
12              Plaintiff,       )
                                 )   ORDER ON STATE OF CALIFORNIA
13       v.                      )   WRIT FOR HABAES CORPUS AD
                                 )   PROSEQUENDUM
14  ANDREW VALENZUELA,           )
                                 )
15              Defendant.       )
                                 )
16
```

17       On September 20, 2005, the Honorable Ralph Nunez, Superior
18  Court Judge for the State of California, County of Fresno,
19  requested that the body of the above-named defendant be produced
20  in Fresno County Superior Court for the preliminary hearing in the
21  case of People v. Andrew Valenzuela, et al., Fresno County
22  Superior Court case number F05906382-7.  The preliminary hearing
23  on October 20, 2005 resulted in defendant Valenzuela being held to
24  answer on the charges in the complaint.  His arraignment on the
25  Information is scheduled for November 7, 2005 at 8:30 a.m. in
26  Department 95 of the Fresno County Superior Court.  The defendant
27  is currently in the custody of the United States Marshal, charged
28  in the above-entitled action.  It appearing that the defendant's

presence is needed in the state action, and that the next court appearance in the above-entitled case is November 21, 2005;

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant on November 7, 2005 pursuant to the terms of the writ, attached hereto, and return him to the custody of the United States Marshal immediately after his preliminary hearing and no later than November 8, 2005.

IT IS FURTHER ORDERED that the defendant not be transported to State Prison prior to being returned to the custody of the United States Marshal.

IT IS SO ORDERED.

**Dated:   October 25, 2005**                          **/s/ Lawrence J. O'Neill**
b9ed48                                             UNITED STATES MAGISTRATE JUDGE

2