PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VALENZUELA,<br><br>Defendant. | CASE NO. 1:04-cr-05362-DAD-2<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, SET BRIEFING SCHEDULE, AND MOTION DATE<br><br>DATE: March 6, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 6, 2017.

2. By this stipulation, defendant now moves to continue the motions hearing and status conference until April 3, 2017.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties need additional time to brief the issues and prepare the filings due to vacation schedules and an illness related absence.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

  c) The government does not object to the continuance.

  d) The moving papers will be filed on or before March 13, 2017.

  e) The response will be filed on or before March 27, 2017.

  f) The hearing on the motion and status conference will be heard on April 3, 2017 at 10:00 a.m.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

  h) The Speedy Trial Act, 18 U.S.C. § 3161, et seq., does not apply since this is before the Court as a Violation of Supervised Release.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  March 2, 2017        PHILLIP A. TALBERT
                 United States Attorney

                 /s/ LAUREL J. MONTOYA
                 LAUREL J. MONTOYA
                 Assistant United States Attorney

Dated:  March 2, 2017        /s/ SALVATORE SCIANDRA
                 SALVATORE SCIANDRA
                 Counsel for Defendant
                 ANDREW VALENZUELA

**ORDER**

IT IS SO ORDERED.

 Dated:  **March 2, 2017**                
                   UNITED STATES DISTRICT JUDGE