SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, ANDREW VALENZUELA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW VALENZUELA,<br><br>  Defendant. | CASE NO. 1:04-05362-02-DAD<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br><br>DATE: May 30, 2017<br>TIME: 10:00 a.m.<br>COURT: HON. DALE A. DROZD |

      The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from May 22, 2017 to May 30, 2017 at the hour of 10:00 am before the Honorable Dale A. Drozd. This stipulation is needed because counsel for defendant inadvertently set sentencing in this matter on a day when he had been previously scheduled to be on a brief prepaid and nonrefundable vacation.

      The proposed date is the earliest possible setting, based on the Court's criminal law and motion calendar.

Dated: April 11, 2017                              /*s*/ Salvatore Sciandra
                                                                                Attorney For Defendant
                                                                                ANDREW VALENZULEA

| | |
|---|---|
| Dated: April 11, 2017 | Phillip Talbert<br>Acting United States Attorney<br>By: /s/ Laurel Montoya<br>Approved by email on April 10, 2017 |

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on May 30, 2017 at 10:00 AM. The schedule for the filing of informal and formal objections to remain as previously ordered.

IT IS SO ORDERED.

Dated: **April 11, 2017**

_____
UNITED STATES DISTRICT JUDGE